# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAUREEN BALKIEWICZ** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-2148** |
| **v.** | : | |
| | : | |
| **WAWA, INC.** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 9th day of November 2021, upon consideration of Defendant Wawa, Inc.'s *motion for summary judgment* and *statement of undisputed facts in support of its motion for summary judgment*, [ECF 19, 20], Plaintiff Maureen Balkiewicz's response in opposition, [ECF 21], and Defendant's reply, [ECF 22], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendant's motion for summary judgment is **GRANTED**.

Accordingly, **JUDGMENT** is entered in favor of Defendant Wawa, Inc., and against Plaintiff Maureen Balkiewicz on all claims.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*